IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| EP ENERGY CORPORATION, et al[1] | § | Case No. 19-35654 (MI) |
| | § | |
| DEBTOR(S) | § | (Jointly Administered) |

NOTICE OF APPOINTMENT OF OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

   COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| Wilmington Trust, N.A.<br>Indenture Trustee<br>1100 North Market Street<br>Wilmington, DE 19890 | Rita Marie Ritrovato<br>(302) 636-5137<br>rritrovato@wilmingtontrust.com |
| Wilmington Savings Fund Society, FSB<br>Indenture Trustee<br>500 Delaware Avenue<br>Wilmington, DE 19801 | Patrick J. Healy<br>(302) 888-7420<br>phealy@WSFSBank.com |
| Rene R. Barrientos, Ltd.<br>433 Devine Road<br>San Antonio, TX 78212 | Carlos R. Soltero<br>(512) 422-1559<br>csoltero@clevelandterrazas.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification Number, as applicable, are: EP Energy Corporation (2728), EPE Acquisition, LLC (5855), EP Energy LLC (1021), Everest Acquisition Finance Inc. (0996), EP Energy Global LLC (7534), EP Energy Management, L.L.C. (5013), EP .C. (9561), and EP Energy E&P Company, L.P. (7092). The Debtors' primary mailing address is 1001 Louisiana Street, Houston, TX 77002.

| | |
|---|---|
| Antora Peak Capital Management LP<br>5700 W. 112th Street, Suite 500<br>Overland Park, KS 66211 | Scott Duba<br>(913) 904-5744<br>duba@apc-gp.com |
| | |

Dated: October 21, 2019

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE

By: */s/Stephen D. Statham*
Hector Duran
Trial Attorney
Texas Bar No. 00783996/Fed. ID No. 15243
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500/Fed. ID No. 9191
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 239/252
(713) 718-4670 Fax

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on this 21st day of October 2019.

*/s/ Stephen D. Statham*
Stephen D. Statham
Trial Attorney