

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/28/2019

| | | |
|---|---|---|
| In re | § § | Chapter 11 |
| EP ENERGY CORPORATION, *et al.*, | § § | Case No. 19-35654 (MI) |
| Debtors. | § § § | (Jointly Administered) |

### ORDER GRANTING WITHDRAWAL OF
### KINDER MORGAN ALTAMONT'S MOTION FOR RELIEF FROM STAY
[Docket No. 105]

The Court has considered the *Motion for Withdrawal of Kinder Morgan Altamont LLC's Motion for Relief from Stay* and is of the opinion that it should be, and hereby is, GRANTED.

It is therefore ORDERED:

1. *Kinder Morgan Altamont LLC's Motion for Relief from Stay* [D.E. 105] (the "Lift Stay Motion") is withdrawn without prejudice.

2. The hearing on the Lift Stay Motion set for November 8, 2019, at 9:00 a.m. is cancelled.

Signed:  October 28, 2019

_____
Marvin Isgur
United States Bankruptcy Judge