IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| EP ENERGY CORPORATION, *et al.*, | § § § | Case No. 19-35654 (MI) |
| Debtors.[1] | § § § § | (Jointly Administered) |

## NOTICE OF RESCHEDULED HEARING TO NOVEMBER 20, 2019 AT 2:00 P.M. (CT)

**PLEASE TAKE NOTICE** that the hearing previously scheduled for November 12, 2019 at 2:00 p.m. (Central Time) has been rescheduled to **November 20, 2019 at 2:00 p.m. (Central Time)** (the "**Hearing**") to consider:

- *Emergency Motion of Debtors (I) Authorizing Debtors' Use of Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Seeking Related Relief* (the "**Cash Collateral Motion**") (Docket No. 5);

- *Motion of Debtors for Order (I) Authorizing Entry Into Backstop Commitment Agreement, (II) Approving Obligations Thereunder, and (III) Granting Related Relief* (the "**Backstop Motion**") (Docket No. 181);

- *Motion of Debtors for Final Order (I) Authorizing Use of Cash Collateral; (II) Authorizing Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection to Prepetition Secured Parties; (V) Authorizing Debtors to Enter Into and Perform Under Exit Financing Agreements; and (VI) Granting Related Relief* (the "**DIP Motion**") (Docket No. 182); and

- *Motion of Debtors for Order Authorizing Debtors to File Fee Letters Under Seal* (Docket No. 183) (the "**Fee Letter Motion**" and collectively with the Cash Collateral Motion, Backstop Motion, and the DIP Motion, the "**Motions**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: EP Energy Corporation (2728), EPE Acquisition, LLC (5855), EP Energy LLC (1021), Everest Acquisition Finance Inc. (0996), EP Energy Global LLC (7534), EP Energy Management, L.L.C. (5013), EP Energy Resale Company, L.L.C. (9561), and EP Energy E&P Company, L.P. (7092). The Debtors' primary mailing address is 1001 Louisiana Street, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas 77002 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any objections to the DIP Motion and Backstop Motion shall be filed on or before **November 15, 2019 at 12:00 p.m. (Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be adjourned from time to time without further notice to parties in interest other than by an announcement by the Bankruptcy Court at the Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

Dated: November 4, 2019
       Houston, Texas

    /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez
Clifford Carlson
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Ronit Berkovich (admitted *pro hac vice*)
Scott R. Bowling (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Matt.Barr@weil.com
       Ronit.Berkovich@weil.com
       Scott.Bowling@weil.com
       DavidJ.Cohen@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

**Certificate of Service**

I hereby certify that, on November 4, 2019, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                          */s/ Alfredo R. Pérez*
                                          Alfredo R. Pérez