IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| EP ENERGY CORPORATION, *et al.*[1] | § | Case No. 19-35654 (MI) |
| | § | |
| Debtors. | § | Chapter 11 (Jointly Administered) |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND
NOTICE ON BEHALF OF THE PROPOSED CONFLICTS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that the Proposed Conflicts Counsel for the Official Committee of Unsecured Creditors (the "Committee"), Pachulski Stang Ziehl & Jones LLP ("Conflicts Counsel"), in the above-captioned cases, hereby enter its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrices and service lists in these cases. Conflicts Counsel requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon Conflicts Counsel at the addresses, telephone, and facsimile numbers set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: EP Energy Corporation (2728), EPE Acquisition, LLC (5855), EP Energy LLC (1021), Everest Acquisition Finance Inc. (0996), EP Energy Global LLC (7534), EP Energy Management, L.L.C. (5013), EP Energy Resale Company, L.L.C. (9561), and EP Energy E&P Company, L.P. (7092). The Debtors' primary mailing address is 1001 Louisiana Street, Houston, TX 77002.

DOCS_SF:102283.1 23762/001

**PACHULSKI STANG ZIEHL & JONES LLP**
Robert J. Feinstein, Esq. *(pro hac vice pending)*
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com

**Debra I. Grassgreen, Esq.** *(pro hac vice pending)*
Maxim B. Litvak, Esq. (TX Bar No. 24002482)
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile:  (415) 263-7010
dgrassgreen@pszjlaw.com
mlitvak@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 15, 2019

    Respectfully submitted,

    By: */s/ Maxim B. Litvak*
    PACHULSKI STANG ZIEHL & JONES LLP
    Robert J. Feinstein, Esq. (pro hac vice pending)
    780 Third Avenue, 34th Floor
    New York, NY 10017
    Telephone:  (212) 561-7700

    Debra I. Grassgreen, Esq. (pro hac vice pending)
    Maxim B. Litvak, Esq. (TX Bar No. 24002482)
    150 California Street, 15th Floor
    San Francisco, CA 94111
    Telephone:  (415) 263-7000

    *Proposed Conflicts Counsel for the Official*
    *Committee of Unsecured Creditors*

## **Certificate of Service**

    I, Maxim B. Litvak, do hereby certify that on this 15th day of November 2019, this Notice of Appearance was served on all parties entitled to service under the Court's ECF system.

    */s/ Maxim B. Litvak*
    Maxim B. Litvak