IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EP ENERGY CORPORATION, *et al.*, | § | Case No. 19-35654 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

EP Energy Corporation ("**EP**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" or the "**Company**"), with the assistance of their advisors, are filing their Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" or "**SOFAs**" and, collectively with the Schedules, the "**Schedules and Statements**") in the Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. These Global Notes are in addition to any specific notes contained in any individual Debtor's Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of the Debtors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  EP Energy Corporation (2728), EPE Acquisition, LLC (5855), EP Energy LLC (1021), Everest Acquisition Finance Inc. (0996), EP Energy Global LLC (7534), EP Energy Management, L.L.C. (5013), EP Energy Resale Company, L.L.C. (9561), and EP Energy E&P Company, L.P. (7092).  The Debtors' primary mailing address is 1001 Louisiana Street, Houston, TX 77002.

The Schedules and Statements and these Global Notes should not be relied upon for information relating to the current or future financial conditions, events, or performance of any of the Debtors.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Kyle McCuen, the Debtors' Chief Financial Officer and an authorized signatory of the Debtors, has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. McCuen relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. McCuen has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights (i) to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description or designation or the Debtors against which the Claim is asserted; (ii) to dispute or otherwise to assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; and (iii) to designate subsequently any Claim as "disputed," "contingent," or "unliquidated;" or to object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5

of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

2. **Description of the Case.** On October 3, 2019 (the "**Petition Date**"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

   The Debtors' chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Texas.

   On October 21, 2019, the United States Trustee for Region 7 appointed a committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 200]. No trustee or examiner has been appointed in these chapter 11 cases.

3. **"As Of" Information Date.** The asset information provided herein represents the data as of the close of business on September 30, 2019, except as otherwise noted. The liability information provided herein represents the data as of the close of business on October 3, 2019, except as otherwise noted.

4. **Net Book Value of Assets.** Unless otherwise indicated, the asset data contained in the Debtors' Schedules and Statements reflects net book value ("**NBV**") as of September 30, 2019. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the commodity price environment and may differ materially from the actual value of the underlying assets. Additionally, the asset values may also include the value of leased machinery, equipment and vehicles. The supporting documentation for the Schedule A/B assets may reflect certain negative asset values for two primary reasons – (i) certain monthly asset additions (invoiced amounts) and subtractions (*e.g.*, credit invoices) are tracked separately in the accounting system as individual assets but accounted for and reported in a higher-level asset group and/or (ii) allocation differences when comparing the individual lease values and higher-level area (division) book values associated with negative book value impairments. Allocations to the lease-level asset are done for systematic purposes, as the Debtors' GAAP accounting and reporting is performed at a broader depletable unit level (*e.g.*, Eagle Ford, Permian, NEU) comprised of all leases in those areas.

5. **Recharacterization.** Notwithstanding the Debtors' commercially reasonable efforts to characterize, classify, categorize, or designate properly certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available,

including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.      **Liabilities.**  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements, as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.  Although there are multiple holders of debt under the Debtors' prepetition funded indebtedness, only the administrative agents and indenture trustees, as applicable, have been listed in the Schedules.

7.      **Excluded Assets and Liabilities.**  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and accrued accounts payable.  The Debtors have also excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist.  In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis.  Prepetition liabilities that have been paid post-petition or those that the Debtors plan to pay via this authorization have not been included in the Schedules.  Please see the notes to Schedule E/F for additional information.

8.      **Insiders.**  For purposes of the Schedules and Statements, the Debtors defined "insiders" as such term is defined in section 101(31) of the Bankruptcy Code.  Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that such persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to:  (i) any insider's influence over the control of the Debtors; (ii) the management responsibilities or functions of any such insider; (iii) the decision making or corporate authority of any such insider; or (iv) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

9.    **Intellectual Property Rights.**  Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10.    **Classifications**.  Listing (i) a Claim on Schedule D as "secured," (ii) a Claim on Schedule E/F as "priority," (iii) a Claim on Schedule E/F as "unsecured," or (iv) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

11.    **Claims Description.**  Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12.    **Causes of Action.**  Despite making commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, or assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13.    **Summary of Significant Reporting Policies.**  The following is a summary of significant reporting policies:

- <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- Paid Claims.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy Court.  The Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid overpayment of, or duplicate payments for, any such liabilities.  Please see the notes to Schedule E/F for any additional information.

- Liens.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15. **Intercompany Payables and Receivables.**  Intercompany receivables/payables are set forth on Schedules A/B and E/F, respectively.  The listing by the Debtors of any account between a Debtor and another affiliate, including between the Debtor and any disregarded or non-debtor affiliate, is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors takes no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an interest (an "**Interest**"), or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

16. **Employee Addresses.**  Current employee and director addresses have been reported as the Debtors' business address throughout the Schedules and Statements, where applicable.

17. **Fiscal Year.**  The Debtors operate under a fiscal year ending December 31.  Unless otherwise indicated, all references to "annual," "annually," "year," "years," or an otherwise similar length of time are presumed to refer to a period of time ending December 31 of the referenced period or periods.

18. **Global Notes Control.**  In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

### Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of the Debtors.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtors show more assets than liabilities, this is not an admission that the Debtors were solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent

the Debtors show more liabilities than assets, this is not an admission that the Debtors were insolvent as of the Petition Date or at any time before the Petition Date.

1. **Schedule A/B, Part 1, Question 3 – Checking, savings, or other financial accounts.**

   The balances for the Debtors' financial accounts are reported as of end of day October 3, 2019. The EP Energy E&P Company, L.P. A/P Payment Account reflected a $951,660.69 credit balance as of the Petition Date. However, EP Energy E&P Company, L.P. reported this balance as zero because, pursuant to an agreement between the Debtors and JP Morgan Chase Bank, N.A., the Debtors are permitted to "net" the balances across all of their bank accounts at JP Morgan Chase Bank, N.A. Accordingly, the Debtors' bank accounts at JP Morgan Chase Bank, N.A. net to a positive balance totaling $126,993,160.22 in the aggregate.

2. **Schedule A/B, Part 3, Question 11 – Accounts Receivable.**

   With the exception of some balances at EP Energy E&P Company, L.P. and EP Energy Management, L.L.C., all of the accounts receivable are related to intercompany transactions over time.

3. **Schedule A/B, Part 4, Question 15 – Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an LLC, partnership or joint venture.**

   The current value of the Debtors' stock and interests under this Question 15 is calculated as of December 31, 2018 (EP only updates the book values of their consolidated investments in affiliates for their share of net earnings (losses) as part of the year-end processing). The equity values associated with EP's ownership of EPE Acquisition, LLC and EPE Acquisition, LLC's ownership of EP Energy LLC are negative. This is due to the subsidiary's retained earnings over time, which were negative and, in turn, rolled up into the Debtor's investment in subsidiary ledger value. For simplicity of presentation, EP reported these balances as zero. Additionally, EP's ownership of EPE Employee Holdings II, LLC is also reflected as zero because EPE Employee Holdings II, LLC does not hold any assets or liabilities and has no operations.

4. **Schedule A/B, Part 8, Questions 47-53 – Machinery, equipment and vehicles.**

   The net book values of certain machinery, equipment (*e.g.*, compressors), and vehicles not only include property owned by EP, but also leased property where the agreement is subject to capitalization under GAAP Accounting Standards Codification ("**ASC**") Topic 842 (Leases).

5. **Schedule A/B, Part 9, Questions 55-58 – Real Property.**

   The Debtors have identified their real property assets with their internal asset identification number and region, rather than providing legal parcel detail, to protect proprietary information. Where possible, the Debtor has provided the net book value on a parcel-by-parcel basis. On row 17153 of the exhibit, there is a one-line entry for "Additional unallocated book value not in listing above – $22,669,085.61". This amount appropriately

reflects the lease costs in the net book value of the overall division, but which are not allocated or included specifically to the individual leases listed in this exhibit).  See the "**Net Book Value of Assets**" note above.

6.     **Schedule A/B, Part 10, Questions 60-65 – Other intangibles or intellectual property.**

The Debtors have identified their intangible or intellectual property assets with their internal asset identification number and region, rather than providing legal parcel detail, to protect proprietary information.  See the "**Net Book Value of Assets**" note above.

7.     **Schedule A/B, Part 11, Question 72 – Tax refunds and unused net operating losses (NOLs).**

The Debtors' response to the schedule questionnaire is indicative of the gross non-tax effected net operating loss ("**NOL**") values as compared to the GAAP net deferred tax assets associated with such NOLs.  The actual dollar impact of how these NOLs affect future taxable gains is dependent upon, among other things, the timing, type, and amount of any future gains to which they can be applied.  Amounts also do not reflect the consideration of any valuation allowances recorded pursuant to GAAP, which have the effect of reducing associated deferred tax assets.  In particular, for the NOLs listed on EP Energy LLC's Schedule A/B, the gross NOL values are presented in accordance with applicable GAAP reporting requirements.  However, from a federal and state income tax perspective, these NOLs are without value because this legal entity is a "disregarded" entity for tax purposes.

8.     **Schedule A/B, Part 11, Question 77 – Other property of any kind not already listed.**

The value associated with the "Non-current operating lease assets (associated with building, rig, and compressor lease contracts)" are recorded as GAAP assets from the application of ASC 842 (Leases), whereby offsetting liabilities and assets were recorded to reflect minimum lease payments over a specified lease term on the EP balance sheet.  Additionally, the value associated with the "Deferred Charges – Employee retention payments" reflects the remaining balance of deferred expenses to be amortized for GAAP purposes associated with employee retention payments that have been paid in advance and will be "earned" through June 2020.

9.     **Schedule D.**

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights, including certain parties from which the Debtors have received lien notices but whose notices the Debtors understand have not yet been filed or recorded.  While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly burdensome or cost prohibitive and, therefore, the Debtors may not list a date for each claim listed on Schedule D.

Although there are multiple parties that hold a portion of the Debtors' secured and unsecured funded indebtedness, only the administrative agents or indenture trustees have been listed for the purposes of Schedule D.

Finally, the Debtors take no position as to the extent or priority of any particular creditor's lien in the Schedules and Statements.

10. **Schedule E/F.**

Certain of the Claims of state and local taxing authorities set forth in Schedule E/F, ultimately may be deemed to be secured Claims pursuant to state or local laws. In addition, certain of the Claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve all of their rights to dispute or challenge whether Claims owing to various taxing authorities are entitled to priority and the listing of any Claim on Schedule E/F does not constitute an admission that such Claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

The Claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtors reserves all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

The Bankruptcy Court granted authority to the Debtors to pay certain obligations related to employee wages and benefits [Docket No.58], insurance programs [Docket No.61], taxes [Docket No.57], and owner's interest, joint interest billings, and lienable operating expenses [Docket No.67] (collectively, the "**First Day Orders**"). Accordingly, the Debtors have paid many of these obligations, and intend to make additional payments in the future. To the extent that the Debtors believe a party's prepetition Claim has been or will be satisfied in full in the ordinary course of business pursuant to the First Day Orders, such Claims have not been included on Schedule E/F2. Instead, Schedule E/F2 reflects only those parties' Claims where the Debtors do not have authority to make payment of the prepetition amounts owed, or where the claims are disputed or unliquidated.

Schedule E/F does not include certain deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

Executory Contracts and Unexpired Leases are listed on Schedule G.

11. **Schedule G.**

While the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts of each of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set in

Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, the status, the enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements, and leases listed in Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may have not be listed therein despite their Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other documents made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contact or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule G.  The Debtors hereby expressly reserves the right to assert that any instrument listed on Schedule G is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code.  In addition, the Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement).

Certain confidentiality and non-compete agreements may not be listed on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, it is the Debtors' intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtors and such supplier or provider.

In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, minerals, or other real property interests and equipment from third-

party lessors for use in the daily operation of their business.  Except for the limitations discussed in Schedule E/F above, any known pre-petition obligations of the Debtors' pursuant to the same have been listed on Schedule E/F.  The underlying lease agreements are listed on Schedule G, or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A/B.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement or a real property interest), and the Debtors reserve all rights with respect to such issues.

12.     **Schedule H.**

Although there are multiple parties that hold Claims related to the Debtors' secured and unsecured funded indebtedness, only the administrative agents or indenture trustees, as applicable, have been listed for the purposes of Schedule H.

### Specific Notes with Respect to the Debtors' Statement of Financial Affairs

1.     **SOFA Part 1, Question 2 – Non-business revenue.**

Those Debtor entities that control, or own, subsidiary affiliates have not calculated any equity earnings in their subsidiary companies as of September 30, 2019.  This evaluation is only completed as part of the year-end processing and, consequently, the Debtors have not reported this type of affiliated non-business revenue for the period of January 1 through September 30, 2019.

2.     **SOFA Part 10, Question 20 – Off-premises storage used within 1-year preceding commencement of this case.**

The Debtors have provided information for the off-premises storage facilities.  This does not take into consideration any temporary storage that might occur on the Debtors' various worksites.

3.     **SOFA Part 11, Question 21 – Property held for another.**

The Debtors do not maintain any record of any third-party property that might have been located on their various worksites.

4.     **SOFA Part 12, Questions 22-24 – Environmental Information.**

The Debtors have endeavored to disclose all applicable relevant information in response to Questions 22-24.  The responses to these questions do no list routine environmental reports, submissions, communications, and proceedings resulting from normal operations, if any, if the reports and submissions were made in compliance with regulatory requirements, such as discharge monitoring reports, permit applications, and submissions concerning air emissions.  With regard to notices of violation or liability, the response to Question 23 includes all such notices that have been received within the past three years or that remain unresolved.  The Debtors report numerous releases each year, primarily minor releases of crude oil or flowback water.  Releases of quantities larger than 25 barrels that have occurred

within the past three years, or for which obligations remain unresolved, are included in response to Question 24.

5.     **SOFA Part 13, Question 26d – Books, records, and financial statements – List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtors issued a financial statement within 2 years before filing this case.**

EP Energy Corporation is a registrant with the Securities Exchange Commission and files periodic consolidated financial reports that include financial statements that are available to the public.  The Debtors have also provided financial statements in the ordinary course of business to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26D.

6.     **SOFA Part 13, Question 27 – Inventories – Supervisor and dates of last two inventories.**

EP Energy E&P Company, LP does not inventory all of their storage locations at the same time, instead completing the inventory process on a rolling basis.  The exhibit reflects the inventory processing that occurred in 2019 prior to the Petition Date.  All values are based on historical cost.  The Odessa, Humble, and Caldwell locations were not part of the inventory process prior to the Petition Date in 2019, but will be included on the next inventory review.

WEIL:\97269347\4\42780.0004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **EP ENERGY CORPORATION,** *et al.,* [1] | Case No. 19-35654 (MI) |
| **Debtors.** | (Jointly Administered) |

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## EP ENERGY LLC (CASE NO. 19-35652)

---

1   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  EP Energy Corporation (2728), EPE Acquisition, LLC (5855), EP Energy LLC (1021), Everest Acquisition Finance Inc. (0996), EP Energy Global LLC (7534), EP Energy Management, L.L.C. (5013), EP Energy Resale Company, L.L.C. (9561), and EP Energy E&P Company, L.P. (7092).  The Debtors' primary mailing address is 1001 Louisiana Street, Houston, TX 77002.

**Fill in this information to identify the case:**

Debtor name   **EP Energy LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **19-35652**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................
   $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................
   $ 6,869,266,914.48

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................
   $ 6,869,266,914.48

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................
   $ 4,337,470,821.40

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................
   $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................
   +$ 2,033,453,543.17

4. Total liabilities ...........................................................................................................................................
   Lines 2 + 3a + 3b
   $ 6,370,924,364.57

| Fill in this information to identify the case: |
| --- |

Debtor name      **EP Energy LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF TEXAS

Case number (if known)      **19-35652**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **The Bank of New York Mellon** | **Operating Account** | **0381** | **$5,757,045.75** |
| 3.2. | **JP Morgan Chase Bank, N.A.** | **Pass-Through Account** | **0760** | **$2,126,755.33** |
| 3.3. | **JP Morgan Chase Bank, N.A.** | **Money Market Account** | **0682** | **$125,698,767.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
| --- |
| **$133,582,568.08** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Debtor  **EP Energy LLC**
_____  Case number *(If known)*  **19-35652**
Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:      **695,940.00**      –      **0.00**   = ....      **$695,940.00**
_____      _____            _____
face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      **1,700,750,980.27**      –      **0.00**   =....      **$1,700,750,980.27**
_____      _____            _____
face amount            doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                      | **$1,701,446,920.27** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:             % of ownership | | |
| 15.1. | **EP Energy Global LLC**      **100** % | Book Value | $3,481,838,797.85 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17.  **Total of Part 4.**                                                      | **$3,481,838,797.85** |
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

Debtor     **EP Energy LLC**                                                          Case number *(if known)*   **19-35652**
_____Name_____

☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Gross Federal net operating loss**          Tax year **2019** | **$1,308,264,238.00** |
| | **Gross state NOLs - Alabama**          Tax year **2019** | **$4,862.00** |
| | **Gross state NOLs - Arkansas**          Tax year **2019** | **$2,282.00** |
| | **Gross state NOLs - Colorado**          Tax year **2019** | **$294,727.00** |
| | **Gross state NOLs - Louisiana**          Tax year **2019** | **$14,864,532.00** |
| | **Gross state NOLs - New Mexico**          Tax year **2019** | **$21,224.00** |

Debtor     **EP Energy LLC**                                          Case number *(If known)*  **19-35652**
           Name

| **Gross state NOLs - Utah** | Tax year | **2019** | **$170,719,330.00** |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **Derivative Assets - Current** | | **$46,479,936.01** |

| **Derivative Assets - Non-current** | | **$11,747,497.27** |

78.    **Total of Part 11.**
       Add lines 71 through 77. Copy the total to line 90.                        **$1,552,398,628.28**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **EP Energy LLC**                          Case number *(If known)*  **19-35652**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$133,582,568.08** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$1,701,446,920.27** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$3,481,838,797.85** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$1,552,398,628.28** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$6,869,266,914.48** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$6,869,266,914.48** |

| Fill in this information to identify the case: |
|---|

Debtor name     **EP Energy LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)     **19-35652**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **See Attached Schedule D, Part 1**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$4,337,470,821.40** | **$2,150,853,289.46** |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | ☐ No | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,337,470,821.40 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

In re EP Energy LLC
Case No. 19-35652
Schedule D: Part 1 - Creditors Who Have Claims Secured by Property

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Last 4 Digits of Account Number | Insider or Related Party? | Codebtor | If Multiple Creditors Have an Interest in the Same Property, Description of Debtor's Specific Each Creditor and its Relative Priority | Date Debt was Incurred, Property Subject to the Lien and the Nature of Lien | Contingent | Unliquidated | Disputed | Amount of Claim (Do not deduct the value of the collateral) | Value of Collateral that Supports this Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOKF, NA, as indenture trustee and notes collateral agent | Attn. George Kubin | 1600 Broadway, 3rd Floor | | | Denver | CO | 80202 | | | x | | May 23, 2018 | | | | $1,029,708,333.31 | $1,029,708,333.31 |
| JPMorgan Chase Bank, N.A., as administrative agent and collateral agent and issuing bank for RBL Credit Facility | Attn. Jo Linda Papadakis | 712 Main Street, Floor 8 S | | | Houston | TX | 77002 | | | x | | May 24, 2012 | | | | $607,478,289.51 | $607,478,289.51 |
| UMB Bank, National Association, as indenture trustee and notes collateral agent | Attn. Mark Kalla | 120 South Sixth Street, Ste 1400 | | | Minneapolis | MN | 55402 | | | x | | November 29,2016 | | | | $513,666,666.64 | $513,666,666.64 |
| Wilmington Trust, National Association, as indenture trustee and notes collateral agent | Attn. Shawn Goffinet | 15950 North Dallas Parkway | | | Dallas | TX | 75248 | | | x | | February 6, 2017 | | | | $1,051,324,444.44 | Undetermined |
| Wilmington Trust, National Association, as indenture trustee and notes collateral agent | Attn. Shawn Goffinet | 15950 North Dallas Parkway | | | Dallas | TX | 75248 | | | x | | January 3, 2018 | | | | $1,135,293,087.50 | Undetermined |
| | | | | | | | | | | | | | | | Total: | $4,337,470,821.40 | $2,150,853,289.46 |

| Fill in this information to identify the case: |
| --- |

Debtor name      **EP Energy LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **19-35652**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,033,453,543.17** |
| --- | --- | --- | --- |
| | **See Attached Schedule E/F:  Part 2** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **2,033,453,543.17** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,033,453,543.17** |

In re EP Energy LLC
Case No. 19-35652
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Last 4 Digits of Account Number | Date Debt was Incurred, Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EP ENERGY E&P COMPANY LP | 1001 LOUISIANA STREET | | | | HOUSTON | TX | 77002 | | | VARIOUS, CASH POOL PAYABLE - AFFILIATE | | | | | $1,323,386,315.29 |
| LATONYA JUDON | DANIEL, WILLIAMS, ASSOCIATES, PLLC | ATTN: HELEN M. DANIEL | 405 MAIN STREET | SUITE 455 | HOUSTON | TX | 77002 | | | LITIGATION | X | X | | X | No | Undetermined |
| WILMINGTON SERVICES FUND SOCIETY, FSB | ATTN. SHAWN GOFFINET | 15950 NORTH DALLAS PARKWAY | | | DALLAS | TX | 75248 | | | 2022 UNSECURED NOTES INDENTURE | | | | | $190,729,275.80 |
| WILMINGTON SERVICES FUND SOCIETY, FSB | ATTN. SHAWN GOFFINET | 15950 NORTH DALLAS PARKWAY | | | DALLAS | TX | 75248 | | | 2023 UNSECURED NOTES INDENTURE | | | | | $330,051,033.86 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE | ATTN. SHAWN GOFFINET | 15950 NORTH DALLAS PARKWAY | | | DALLAS | TX | 75248 | | | 2020 UNSECURED NOTES INDENTURE | | | | | $189,286,918.22 |
| | | | | | | | | | | | | | | Total: | $2,033,453,543.17 |

**Fill in this information to identify the case:**

Debtor name   **EP Energy LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **19-35652**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attached Schedule G** |

In re EP Energy LLC
Case No. 19-35652
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term (Years) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Argonaut Insurance Co. | Attn: Treasury | 175 East Houston Street, Suite 1300 | | | San Antonio | TX | 78205 | | Irrevocable Standby Letter of Credit | 5/2/2019 | Undetermined |
| Bank of America NA | Attn: General Counsel | 100 North Tryon Street | | | Charlotte | NC | 28255 | | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| Bank of America NA | Attn: General Counsel | 100 North Tryon Street | | | Charlotte | NC | 28255 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Bank of America NA | Attn: General Counsel | 100 North Tryon Street | | | Charlotte | NC | 28255 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Bank of America NA | Attn: General Counsel | 100 North Tryon Street | | | Charlotte | NC | 28255 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Bank of America NA | Attn: General Counsel | 100 North Tryon Street | | | Charlotte | NC | 28255 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Bank of America NA | Attn: General Counsel | 100 North Tryon Street | | | Charlotte | NC | 28255 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Bank of America NA | Attn: General Counsel | 100 North Tryon Street | | | Charlotte | NC | 28255 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Bank of Montreal | Attn: General Counsel | 3 Times Square | | | New York | NY | 10036 | | Credit Agreement | 5/24/2012 | Undetermined |
| Bank of Montreal Capital Markets Corporation | Attn: General Counsel | 3 Times Square | | | New York | NY | 10036 | | Credit Agreement | 5/24/2012 | Undetermined |
| Bank of Scotland plc | Attn: General Counsel | The Mound | | | Edinburgh | | EH1 1YZ | United Kingdom | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| Bank of Scotland PLC | Attn: General Counsel | The Mound | | | Edinburgh | | EH1 1YZ | United Kingdom | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| BMO Capital Markets Corp. | Attn: General Counsel | 3 Times Square | | | New York | NY | 10036 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| BMO Harris Financing Inc | Attn: General Counsel | 115 South LaSalle Street | | | Chicago | IL | 60603 | | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| BMO Harris Financing Inc | Attn: General Counsel | 115 South LaSalle Street | | | Chicago | IL | 60603 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| BMO Harris Financing Inc | Attn: General Counsel | 115 South LaSalle Street | | | Chicago | IL | 60603 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| BMO Harris Financing Inc | Attn: General Counsel | 115 South LaSalle Street | | | Chicago | IL | 60603 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| BMO Harris Financing Inc | Attn: General Counsel | 115 South LaSalle Street | | | Chicago | IL | 60603 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| BMO Harris Financing Inc | Attn: General Counsel | 115 South LaSalle Street | | | Chicago | IL | 60603 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| BMO Harris Financing Inc | Attn: General Counsel | 115 South LaSalle Street | | | Chicago | IL | 60603 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Bristol Global Mobility | Attn: General Counsel | 2001 North 3rd Street | Suite 200 | | Phoenix | AZ | 85004 | | Addendum to Master Relocation Management Services Agreement | | Undetermined |
| Bristol Global Mobility, LLC | Attn: General Counsel | 2001 North 3rd Street | Suite 200 | | Phoenix | AZ | 85004 | | Assignment and Assumption Agreement | | Undetermined |
| Brookfield Relocation Inc. | Attn: General Counsel | 16260 North 71st Street | | | Scottsdale | AZ | 85254 | | Assignment and Assumption Agreement | | Undetermined |
| Brookfield Relocation Inc. | Attn: General Counsel | 16260 North 71st Street | | | Scottsdale | AZ | 85254 | | Amendment No. 4 to Relocation Services Agreement | | Expired |
| Brookfield Relocation Inc. | Attn: General Counsel | 16260 North 71st Street | | | Scottsdale | AZ | 85254 | | Relocation Services Agreement | | Undetermined |
| Camino Real Gathering Company, LLC | Attn: Robert F. Bowers | 370 Van Gordon Street | | | Lakewood | CO | 80228 | | Irrevocable Standby Letter of Credit | 3/22/2016 | Undetermined |
| Canadian Imperial Bank of Commerce | Attn: General Counsel | Commerce Court | 199 Bay Street | | Toronto | ON | M5L 1A2 | Canada | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| Canadian Imperial Bank of Commerce | Attn: General Counsel | Commerce Court | 199 Bay Street | | Toronto | ON | M5L 1A2 | Canada | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Canadian Imperial Bank of Commerce, New York Branch | Attn: General Counsel | 425 Lexington Avenue | 4th Floor | | New York | NY | 10017 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Canadian Imperial Bank of Commerce, New York Branch | Attn: General Counsel | 425 Lexington Avenue | 4th Floor | | New York | NY | 10017 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Canadian Imperial Bank of Commerce, New York Branch | Attn: General Counsel | 425 Lexington Avenue | 4th Floor | | New York | NY | 10017 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Canadian Imperial Bank of Commerce, New York Branch | Attn: General Counsel | 425 Lexington Avenue | 4th Floor | | New York | NY | 10017 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Capital One, NA | Attn: General Counsel | 1680 Capital 1 Drive | | | McLean | VA | 22102 | | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| Capital One, NA | Attn: General Counsel | 1680 Capital 1 Drive | | | McLean | VA | 22102 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Capital One, NA | Attn: General Counsel | 1680 Capital 1 Drive | | | McLean | VA | 22102 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Capital One, NA | Attn: General Counsel | 1680 Capital 1 Drive | | | McLean | VA | 22102 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Capital One, NA | Attn: General Counsel | 1680 Capital 1 Drive | | | McLean | VA | 22102 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Capital One, NA | Attn: General Counsel | 1680 Capital 1 Drive | | | McLean | VA | 22102 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |

In re EP Energy LLC
Case No. 19-35652
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term (Years) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital One, NA | Attn: General Counsel | 1680 Capital 1 Drive | | | McLean | VA | 22102 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| CIBC World Markets Corp | | | | | | | | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Citibank, N.A. | c/o Citicorp North America, Inc. | Attn: US Standby Unit | 3800 Citibank Center | Building B, 1st Floor | Tampa | FL | 33610 | | Irrevocable Standby Letter of Credit | 5/2/2019 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Irrevocable Standby Letter of Credit | 3/22/2016 | Undetermined |
| Citibank, N.A. | c/o IT Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center | Building B, 1st Floor | Tampa | FL | 33610 | | Irrevocable Standby Letter of Credit | 12/22/2016 | Expired |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Credit Agreement | 5/24/2012 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Senior Lien Intercreditor Agreement | 5/24/2012 | In effect until terminated |
| Citibank, N.A. | c/o Capital Markets Documentation Unit | Attn: Directors of Derivatives Operations | 388 Greenwich Street | 17th Floor | New York | NY | 10013 | | ISDA Master Agreement | 7/17/2012 | Undetermined |
| Citibank, N.A. | c/o Capital Markets Documentation Unit | Attn: Directors of Derivatives Operations | 388 Greenwich Street | 17th Floor | New York | NY | 10013 | | Schedule to ISDA Master Agreement | 7/17/2012 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Crude Oil Trade Confirmation | 4/10/2018 | Expired |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Price Confirmation | 4/10/2018 | Expired |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Price Confirmation | 4/11/2018 | Expired |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Price Confirmation | 4/11/2018 | Expired |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Crude Oil Confirmation | 8/7/2018 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Crude Oil Trade Confirmation | 6/13/2018 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Letter Agreement under ISDA Master Agreement | 6/27/2018 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Letter Agreement re: Crude Oil | 5/24/2018 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Crude Oil Confirmation | 5/24/2018 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Crude Oil Confirmation | 5/24/2018 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Natural Gas Confirmation | 11/20/2018 | Undetermined |
| Citibank, N.A. | c/o Its Servicer Citicorp North America, Inc. | Attn: U.S. Standby Dept. | 3800 Citibank Center, Building B, 3rd Floor | | Tampa | FL | 33610 | | Natural Gas Confirmation | 11/20/2018 | Undetermined |
| Citigroup Global Markets Inc. | Attn: General Counsel | 388 Greenwich Street | Tower Building | | New York | NY | 10013 | | Credit Agreement | 5/24/2012 | Undetermined |
| Citigroup Global Markets Inc. | Attn: General Counsel | 388 Greenwich Street | Tower Building | | New York | NY | 10013 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Citizens Bank NA | Attn: General Counsel | 1 Citizens Plaza | | | Providence | RI | 02903 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Citizens Bank NA | Attn: General Counsel | 1 Citizens Plaza | | | Providence | RI | 02903 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Comerica Bank | Attn: General Counsel | Comerica Bank Tower | 1717 Main Street | | Dallas | TX | 75201 | | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| Comerica Bank | Attn: General Counsel | Comerica Bank Tower | 1717 Main Street | | Dallas | TX | 75201 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Comerica Bank | Attn: General Counsel | Comerica Bank Tower | 1717 Main Street | | Dallas | TX | 75201 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Comerica Bank | Attn: General Counsel | Comerica Bank Tower | 1717 Main Street | | Dallas | TX | 75201 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Comerica Bank | Attn: General Counsel | Comerica Bank Tower | 1717 Main Street | | Dallas | TX | 75201 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Comerica Bank | Attn: General Counsel | Comerica Bank Tower | 1717 Main Street | | Dallas | TX | 75201 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Comerica Bank | Attn: General Counsel | Comerica Bank Tower | 1717 Main Street | | Dallas | TX | 75201 | | Restated Credit Agreement | 5/24/2018 | Undetermined |

In re EP Energy LLC
Case No. 19-35652
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term (Years) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Compass Bank | Attn: General Counsel | 15 South 20th Street | | | Birmingham | AL | 35233 | | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| Compass Bank | Attn: General Counsel | 15 South 20th Street | | | Birmingham | AL | 35233 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Compass Bank | Attn: General Counsel | 15 South 20th Street | | | Birmingham | AL | 35233 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Compass Bank | Attn: General Counsel | 15 South 20th Street | | | Birmingham | AL | 35233 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Compass Bank | Attn: General Counsel | 15 South 20th Street | | | Birmingham | AL | 35233 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Compass Bank | Attn: General Counsel | 15 South 20th Street | | | Birmingham | AL | 35233 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Compass Bank | Attn: General Counsel | 15 South 20th Street | | | Birmingham | AL | 35233 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Credit Suisse AG, Cayman Islands | Attn: General Counsel | Grand Pavilion Commercial Centre | | | Georgetown | | | Cayman Islands | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Credit Suisse AG, Cayman Islands | Attn: General Counsel | Grand Pavilion Commercial Centre | | | Georgetown | | | Cayman Islands | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Credit Suisse AG, Cayman Islands | Attn: General Counsel | Grand Pavilion Commercial Centre | | | Georgetown | | | Cayman Islands | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Credit Suisse AG, Cayman Islands | Attn: General Counsel | Grand Pavilion Commercial Centre | | | Georgetown | | | Cayman Islands | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Credit Suisse AG, Cayman Islands | Attn: General Counsel | Grand Pavilion Commercial Centre | | | Georgetown | | | Cayman Islands | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Credit Suisse AG, Cayman Islands | Attn: General Counsel | Grand Pavilion Commercial Centre | | | Georgetown | | | Cayman Islands | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Credit Suisse AG, Cayman Islands | Attn: General Counsel | Grand Pavilion Commercial Centre | | | Georgetown | | | Cayman Islands | Credit Agreement | 5/24/2012 | Undetermined |
| Credit Suisse Securities (USA) LLC | | | | | | | | | Credit Agreement | 5/24/2012 | Undetermined |
| Credit Suisse Securities (USA) LLC | | | | | | | | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Deutsche Bank AG New York Branch | Attn: General Counsel | 60 Wall Street | | | New York | NY | 10005 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Deutsche Bank AG New York Branch | Attn: General Counsel | 60 Wall Street | | | New York | NY | 10005 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Deutsche Bank AG New York Branch | Attn: General Counsel | 60 Wall Street | | | New York | NY | 10005 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Deutsche Bank AG New York Branch | Attn: General Counsel | 60 Wall Street | | | New York | NY | 10005 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Deutsche Bank AG New York Branch | Attn: General Counsel | 60 Wall Street | | | New York | NY | 10005 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Deutsche Bank Securities Inc. | | | | | | | | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Deutsche Bank Securities Inc. | | | | | | | | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Deutsche Bank Securities LLC | | | | | | | | | Credit Agreement | 5/24/2012 | Undetermined |
| Deutsche Bank Trust Company Americas | Attn: General Counsel | 60 Wall Street | MS NYC60-2710 | | New York | NY | 10005 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Deutsche Bank Trust Company Americas | Attn: General Counsel | 60 Wall Street | MS NYC60-2710 | | New York | NY | 10005 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Deutsche Bank Trust Company Americas | Attn: General Counsel | 60 Wall Street | MS NYC60-2710 | | New York | NY | 10005 | | Credit Agreement | 5/24/2012 | Undetermined |
| DNB Bank ASA | Attn: General Counsel | Dronning Eufemais gate 30 | | | Oslo | | 0191 | Norway | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| DNB Bank ASA | Attn: General Counsel | Dronning Eufemais gate 30 | | | Oslo | | 0191 | Norway | ISDA Master Agreement | 4/11/2017 | Undetermined |
| DNB Bank ASA | Attn: General Counsel | Dronning Eufemais gate 30 | | | Oslo | | 0191 | Norway | Dodd-Frank Act Representations and Reporting Amending Agreement | 4/14/2017 | Undetermined |
| DNB Bank ASA | Attn: General Counsel | 200 Park Avenue | | | New york | NY | 10166-0396 | | Confirmation Commodity Financial Option | 10/4/2018 | Undetermined |
| DNB Bank ASA | Attn: General Counsel | 200 Park Avenue | | | New York | NY | 10166-0396 | | Confirmation Commodity Financial Option | 2/15/2019 | Undetermined |
| DNB Bank ASA | Attn: General Counsel | 200 Park Avenue | | | New York | NY | 10166-0396 | | Confirmation Commodity Financial Option- Cash Settled | 2/18/2019 | Undetermined |
| DNB Bank ASA | Attn: General Counsel | 200 Park Avenue | | | New york | NY | 10166-0396 | | Confirmation Commodity Financial Option | 2/20/2019 | Undetermined |
| DNB Capital LLC | Attn: General Counsel | 200 Park Avenue | Floor 31 | | New York | NY | 10166 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| DNB Capital LLC | Attn: General Counsel | 200 Park Avenue | Floor 31 | | New York | NY | 10166 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| DNB Capital LLC | Attn: General Counsel | 200 Park Avenue | Floor 31 | | New York | NY | 10166 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| DNB Capital LLC | Attn: General Counsel | 200 Park Avenue | Floor 31 | | New York | NY | 10166 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| DNB Capital LLC | Attn: General Counsel | 200 Park Avenue | Floor 31 | | New York | NY | 10166 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| DNB Markets Inc. | | | | | | | | | Restated Credit Agreement | 5/24/2018 | Undetermined |

In re EP Energy LLC
Case No. 19-35652
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term (Years) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| El Paso Brazil LLC | Attn: Dane Whitehead and Marguerite Woung-Chapman | 1001 Louisiana Street | | | Houston | TX | 77002 | | Senior Lien Intercreditor Agreement | 5/24/2012 | In effect until terminated |
| El Paso Production Oil & Gas Gathering Company LLC | | | | | | | | | Senior Lien Intercreditor Agreement | 5/24/2012 | In effect until terminated |
| EPC Building, LLC | Attn: Credit Manager | 1001 Louisiana Street | | | Houston | TX | 77002 | | Irrevocable Standby Letter of Credit | 12/22/2016 | Expired |
| EPEC Realty, Inc | Attn: General Counsel | 1001 Louisiana Street | | | Houston | TX | 77002 | | Lease Agreement | 5/24/2012 | Undetermined |
| Espress Scripts, Inc. | Attn: President | One Express Way | | | St. Louis | MO | 63121 | | Pharmacy Benefit Management Agreement | | Undetermined |
| Gallagher Benefit Services | Attn: General Counsel | 2322 W. Grand Parkway North | Suite 100 | | Houston | TX | 77002 | | Business Travel Accident Renewal Quote | 2/25/2019 | Undetermined |
| Goldman Sachs Bank USA | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Goldman Sachs Bank USA | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Goldman Sachs Bank USA | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Goldman Sachs Bank USA | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Goldman Sachs Bank USA | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Goldman Sachs Bank USA | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Hartford Fire Insurance Company | | | | | | | | | Fire Insurance | 2/25/2019 | Undetermined |
| Hartford Life and Accident Insurance Company | Attn: General Counsel | c/o The Hartford Financial Services Group, Inc. | 690 Asylum Avenue | | Hartford | CT | 06155 | | Life and Accident Insurance | | Expired |
| Holland & Hart LLC | Attn: General Counsel | 222 South Main Street | Suite 2200 | | Salt Lake City | UT | 84101 | | Letter Re: Legal Services Agreement | 11/20/2017 | Undetermined |
| Holland & Hart LLP | Attn: General Counsel | 222 South Main Street | Suite 2200 | | Salt Lake City | UT | 84101 | | Letter Re: Engagement | 9/19/2017 | Undetermined |
| ING | Attn: General Counsel | PO Box 20 | | | Minneapolis | MN | 55440 | | Request for Amendment | | Undetermined |
| ING Capital LLC | | | | | | | | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| ING Capital LLC | | | | | | | | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| ING Capital LLC | | | | | | | | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| ING Capital LLC | | | | | | | | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| ING Financia Markets LLC | | | | | | | | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| J. Aron & Company | Attn: General Counsel | 200 West Street | | | New York | NY | 10282-2198 | | Schedule to 1992 ISDA Master Agreement | 6/22/2012 | Undetermined |
| J. Aron & Company | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Energy Swap Transaction Agreement | 8/7/2018 | Undetermined |
| J. Aron & Company | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Energy Swap Transaction Agreement | 8/7/2018 | Undetermined |
| J. Aron & Company | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 6/13/2018 | Undetermined |
| J. Aron & Company | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 9/12/2018 | Undetermined |
| J. Aron & Company | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 2/14/2019 | Undetermined |
| J. Aron & Company | Attn: General Counsel | 200 West Street | | | New York | NY | 10282-2198 | | ISDA Master Agreement | 6/22/2012 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 4/18/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Letter Agreement under ISDA Master Agreement | 4/19/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 1/25/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Notice Re: Transaction Report | | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Energy Option Transaction Agreement | 7/27/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Letter Agreement under ISDA Master Agreement | 6/12/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 6/13/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 6/29/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation | 3/23/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 5/4/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Letter Agreement under ISDA Master Agreement | 5/9/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 11/13/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 11/21/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Energy Option Transaction Agreement | 9/11/2018 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 2/15/2019 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 2/15/2019 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 2/19/2019 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | | Undetermined |

In re EP Energy LLC
Case No. 19-35652
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term (Years) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 1/28/2019 | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Letter Re: Trade Transaction | | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Letter Re: Trade Transaction | | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation | | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Letter Re: Trade Transaction | | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Letter Re: Trade Transaction | | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Letter Re: Trade Transaction | | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Letter Re: Trade Transaction | | Undetermined |
| J. Aron & Company LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Letter Re: Trade Transaction | | Undetermined |
| J. Aron & Company, LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation | 3/26/2018 | Undetermined |
| J. Aron & Company, LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | 11/21/2018 | Undetermined |
| J. Aron & Company, LLC | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Price Confirmation Agreement | | Undetermined |
| JP Morgan Chase Bank NA | Attn: General Counsel | GLobal Trade Services | 131 South Dearborn Street | 5th Floor Mailcode IL1-0236 | Chicago | Il | 60603-5506 | | Letter of Credit | 5/28/2019 | Undetermined |
| JP Morgan Chase Bank NA | Attn: Jo Linda Papadakis | 712 Main Street | Floor 8 South | | Houston | TX | 77002 | | Agreement to Fees | 5/2/2016 | Undetermined |
| JP Morgan Chase Bank NA | Attn: Jo Linda Papadakis | 712 Main Street | Floor 8 S | | Houston | TX | 77002 | | Notice Addresses | Not dated | Undetermined |
| JP Morgan Chase Bank NA | Attn: Jo Linda Papadakis | 712 Main Street | Floor 8 South | | Houston | TX | 77002 | | Senior Lien Intercreditor Agreement | 5/24/2012 | In effect until terminated |
| JP Morgan Chase Bank, N.A., | Attn: General Counsel | 712 Main Street | Floor 8 South | | Houston | TX | 77002 | | Fifth Amendment to Credit Agreement | 5/2/2016 | Expired |
| JP Morgan Chase Bank, NA | Attn: Jo Linda Papadakis | 712 Main Street | Floor 8 South | | Houston | TX | 77002 | | Credit Agreement | 5/24/2012 | Undetermined |
| JPMorgan Chase Bank | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement under ISDA Master Agreement | 5/10/2017 | Undetermined |
| JPMorgan Chase Bank | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement under ISDA Master Agreement | 5/11/2017 | Undetermined |
| JPMorgan Chase Bank | Attn: Commodity Operations | 4 New York Plaza | | | New York | NY | 10004 | | Letter Agreement under ISDA Master Agreement | 4/12/2018 | Undetermined |
| JPMorgan Chase Bank | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement under ISDA Master Agreement | 4/24/2018 | Undetermined |
| JPMorgan Chase Bank | Attn: Commodity Operations | 4 New York Plaza | | | New York | NY | 10004 | | Letter Agreement under ISDA Master Agreement | | Undetermined |
| JPMorgan Chase Bank | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Credit Agreement | 5/24/2012 | Undetermined |
| JPMorgan Chase Bank N.A | Attn: General Counsel | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| JPMorgan Chase Bank N.A | Attn: General Counsel | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| JPMorgan Chase Bank N.A | Attn: General Counsel | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| JPMorgan Chase Bank N.A | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| JPMorgan Chase Bank N.A | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| JPMorgan Chase Bank N.A | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| JPMorgan Chase Bank N.A | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Re: Master Agreement - Commodity Swap Transaction | 1/3/2018 | Undetermined |
| JPMorgan Chase Bank N.A. | Attn: General Counsel | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| JPMorgan Chase Bank NA | Attn: General Counsel | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| JPMorgan Chase Bank N.A. | Attn: General Counsel | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No. 2 to Credit Agreement | 3/27/2013 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: General Counsel | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No. 3 to Credit Agreement | 5/24/2012 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: General Counsel | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: General Counsel | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Collateral Agreement | 5/24/2012 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: Energy Legal Department- Derivatives Practice Group | 270 Park Avenue | 40th Floor | | New York | NY | 10017-2070 | | Schedule to ISDA Master Agreement | 5/24/2012 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement under ISDA Master Agreement | 6/12/2018 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement of Commodity Option Transaction | 6/27/2018 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement of Commodity Option Transaction | 11/15/2018 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement of Commodity Option Transaction | 11/15/2018 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement of Commodity Option Transaction | 11/28/2018 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement of Commodity Option Transaction | 2/15/2019 | Undetermined |
| JPMorgan Chase Bank, N.A. | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Amendment No. 8 to Credit Agreement and Amendment to Collateral Agreement | 5/23/2018 | Undetermined |

In re EP Energy LLC
Case No. 19-35652
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term (Years) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Fifth Amendment to Credit Agreement | 5/2/2012 | Undetermined |
| JPMorgan Chase Bank, NA | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement under ISDA Master Agreement | 1/25/2018 | Undetermined |
| JPMorgan Chase Bank, NA | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement under ISDA Master Agreement | 1/25/2018 | Undetermined |
| JPMorgan Chase Bank, National Association | Attn: Energy Legal Department- Derivatives Practice Group | 270 Park Avenue | 40th Floor | | New York | NY | 10017-2070 | | ISDA Master Agreement | 5/24/2012 | Undetermined |
| JPMorgan Chase Bank, National Association, New York Branch | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement under ISDA Master Agreement | 3/12/2019 | Undetermined |
| JPMorgan, N.A. | Attn: Commodity Operations | 4 New York Plaza | 16th Floor | | New York | NY | 10004 | | Letter Agreement under ISDA Master Agreement | 1/1/2020 | Undetermined |
| Kane Russell Coleman & Logan P.C | Attn: Marcy L. Rothman | 5051 Westheimer Road | 10th Floor | | Houston | TX | 77056 | | Letter Re: Law Firm Retention on Appellate Matter | 9/17/2018 | Undetermined |
| Kean Miller LLP | Attn: Richard D. McConnell Jr | II City Plaza Suite 700 | 400 Convention Street (70802) | PO Box 3513 | Baton Rouge | LA | 70821-3513 | | Letter Re: Retention Confirmation for CLMS 2017-L-173837 | 10/3/2017 | Undetermined |
| Kean Miller, LLP | Attn: General Counsel | II City Plaza, Suite 700 | 400 Convention Street (70802) | PO Box 3513 | Baton Rouge | LA | 70821-3513 | | Letter and Guidelines for Representation by Outside Counsel | 5/24/2018 | Undetermined |
| Kean Miller, LLP | Attn: General Counsel | II City Plaza, Suite 700 | 400 Convention Street (70802) | PO Box 3513 | Baton Rouge | LA | 70821-3513 | | Letter and Guidelines for Representation by Outside Counsel | 6/19/2018 | Undetermined |
| Kean Miller, LLP | Attn: General Counsel | II City Plaza, Suite 700 | 400 Convention Street (70802) | PO Box 3513 | Baton Rouge | LA | 70821-3513 | | Letter and Guidelines for Representation by Outside Counsel | 6/19/2018 | Undetermined |
| Kean Miller, LLP | Attn: General Counsel | II City Plaza, Suite 700 | 400 Convention Street (70802) | PO Box 3513 | Baton Rouge | LA | 70821-3513 | | Letter and Guidelines for Representation by Outside Counsel | 8/9/2018 | Undetermined |
| Kyle A. McCuen | Attn: General Counsel | 13315 Taylorcrest | | | Houston | TX | 77079 | | Employment Agreement | | Undetermined |
| Landmark Graphics Corporation | Attn: General Counsel | 3000 N Sam Houston Pkwy E | | | Houston | TX | 77032 | | Quotation and Terms and Conditions Named User Subscription Software Licenses Agreement | 1/29/2019 | Undetermined |
| Liberty Mutual Insurance | Attn: General Counsel | 175 Berkeley Street | | | Boston | MA | 02116 | | Employee Benefits | | Expired |
| Liskow & Lewis PC | Attn: James E. Lapeze | One Shell Square | 701 Poydras Street | Suite 5000 | New Orleans | LA | 70139 | | Letter Re: Retention Confirmation for Cause No. 2017-cv-00856 | 9/6/2017 | Undetermined |
| Lloyds Securities Inc | Attn: General Counsel | 1095 Avenue of the Americas | | | New York | NY | 10036 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Mayer Brown LLP | Attn: General Counsel | 71 South Wacker Drive | | | Chicago | IL | 60606 | | Memorandum Re: Amendment No. 4 to Credit Agreement - Satisfaction of Conditions Precedent | 4/6/2015 | Undetermined |
| Merrill Lynch Commodities, Inc | Attn: Legal | 20 E Greenway Plaza | Suite 700 | | Houston | TX | 77046 | | Schedule to ISDA Master Agreement | 11/7/2012 | Undetermined |
| Merrill Lynch Commodities, Inc | Attn: General Counsel | 20 E Greenway Plaza | Suite 700 | | Houston | TX | 77046 | | ISDA Master Agreement | 11/7/2012 | Undetermined |
| Merrill Lynch Commodities, Inc | Attn: General Counsel | 20 E. Greenway Plaza, Suite 700 | | | Houston | TX | 77046 | | Commodity Swap Transaction Terms and Conditions Confirmation | 5/3/2017 | Undetermined |
| Microsoft Corporation | Attn: General Counsel | Dept. 551, Volume Licensing | 6100 Neil Road | Suite 210 | Reno | NV | 89511-1137 | | Signature and Renewal Form | 5/25/2018 | Undetermined |
| Microsoft Corporation | Attn: General Counsel | Dept. 551, Volume Licensing | 6100 Neil Road | Suite 210 | Reno | NV | 89511-1137 | | Signature and Renewal Form | 5/25/2018 | Undetermined |
| Mizuho Bank Ltd | Attn: General Counsel | 1-5-5, Otemachi | Chiyoda-ku | | Tokyo | | 100-8176 | Japan | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Mizuho Bank Ltd | Attn: General Counsel | 1-5-5, Otemachi | Chiyoda-ku | | Tokyo | | 100-8176 | Japan | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Mizuho Bank Ltd | Attn: General Counsel | 1-5-5, Otemachi | Chiyoda-ku | | Tokyo | | 100-8176 | Japan | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Mizuho Bank Ltd | Attn: General Counsel | 1-5-5, Otemachi | Chiyoda-ku | | Tokyo | | 100-8176 | Japan | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Mizuho Bank Ltd | Attn: General Counsel | 1-5-5, Otemachi | Chiyoda-ku | | Tokyo | | 100-8176 | Japan | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Mizuho Corporate Bank, Ltd | Attn: General Counsel | 1-5-5, Otemachi | Chiyoda-ku | | Tokyo | | 100-8176 | Japan | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Mizuho Corporate Bank, Ltd | Attn: General Counsel | 1-5-5, Otemachi | Chiyoda-ku | | Tokyo | | 100-8176 | Japan | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Mobius Risk Group, LLC | Attn: General Counsel | 5847 San Felipe St. Suite 2502 | | | Houston | TX | 77057 | | Advisory Services Agreement | | Undetermined |
| Morgan Stanley Bank NA | Attn: General Counsel | 1 Utah Center 201 South Main Street | | | Salt Lake City | UT | 84111 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Morgan Stanley Bank, N.A. | Attn: General Counsel | 1 Utah Center 201 South Main Street | | | Salt Lake City | UT | 84111 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Morgan Stanley Bank, N.A. | Attn: General Counsel | 1 Utah Center 201 South Main Street | | | Salt Lake City | UT | 84111 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Morgan Stanley Bank, N.A. | Attn: General Counsel | 1 Utah Center 201 South Main Street | | | Salt Lake City | UT | 84111 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |

In re EP Energy LLC
Case No. 19-35652
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term (Years) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan Stanley Senior Funding Inc | Attn: General Counsel | 1585 Broadway | | | New York | NY | 10036 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| MUFG Union Bank, N.A. | Attn: General Counsel | 1251 Avenue of the Americas | | | New York | NY | 10020-1104 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| MUFG Union Bank, N.A. | Attn: General Counsel | 1251 Avenue of the Americas | | | New York | NY | 10020-1104 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Nomura Corporate Funding Americas | c/o Nomura Holding America Inc. | Attn: General Counsel | Worldwide Plaza, 309 West 49th Street | | New York | NY | 10019-7316 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Nomura Corporate Funding Americas | c/o Nomura Holding America Inc. | Attn: General Counsel | Worldwide Plaza, 309 West 49th Street | | New York | NY | 10019-7316 | | Credit Agreement | 5/24/2012 | Undetermined |
| Nomura Corporate Funding Americas LLC | c/o Nomura Holding America Inc. | Attn: General Counsel | Worldwide Plaza, 309 West 49th Street | | New York | NY | 10019-7316 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Nomura Corporate Funding Americas LLC | c/o Nomura Holding America Inc. | Attn: General Counsel | Worldwide Plaza, 309 West 49th Street | | New York | NY | 10019-7316 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Nomura Corporate Funding Americas, LLC | c/o Nomura Holding America Inc. | Attn: General Counsel | Worldwide Plaza, 309 West 49th Street | | New York | NY | 10019-7316 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Nomura Corporate Funding Americas, LLC | c/o Nomura Holding America Inc. | Attn: General Counsel | Worldwide Plaza, 309 West 49th Street | | New York | NY | 10019-7316 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Nomura Corporate Funding Americas, LLC | c/o Nomura Holding America Inc. | Attn: General Counsel | Worldwide Plaza, 309 West 49th Street | | New York | NY | 10019-7316 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Nomura Securities International Inc. | Attn: General Counsel | Worldwide Plaza, 309 West 49th Street | | | New York | NY | 10019-7316 | | Credit Agreement | 5/24/2012 | Undetermined |
| Nomura Securities International Inc. | Attn: General Counsel | Worldwide Plaza, 309 West 49th Street | | | New York | NY | 10019-7316 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| PayFlex Systems USA, Inc | Attn: Contracts | 10802 Farnam Drive, Suite 100 | | | Omaha | NE | 68154 | | Administrative Services Agreement | | Undetermined |
| RBC Capital Markets | Attn: General Counsel | 200 Vesey Street | 9th Floor | | New York | NY | 10281 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Royal Bank of Canada | Attn: General Counsel | Royal Bank Plaza, 200 Bay Street | South Tower | | Toronto | ON | M5J 2J5 | Canada | Credit Agreement | 5/24/2012 | Undetermined |
| Royal Bank of Canada | Attn: General Counsel | Royal Bank Plaza, 200 Bay Street | South Tower | | Toronto | ON | M5J 2J5 | Canada | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Royal Bank of Canada | Attn: General Counsel | Royal Bank Plaza, 200 Bay Street | South Tower | | Toronto | ON | M5J 2J5 | Canada | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Royal Bank of Canada | Attn: General Counsel | Royal Bank Plaza, 200 Bay Street | South Tower | | Toronto | ON | M5J 2J5 | Canada | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Royal Bank of Canada | Attn: General Counsel | Royal Bank Plaza, 200 Bay Street | South Tower | | Toronto | ON | M5J 2J5 | Canada | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Royal Bank of Canada | Attn: General Counsel | Royal Bank Plaza, 200 Bay Street | South Tower | | Toronto | ON | M5J 2J5 | Canada | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Royal Bank of Canada | Attn: General Counsel | Royal Bank Plaza, 200 Bay Street | South Tower | | Toronto | ON | M5J 2J5 | Canada | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Royal Bank of Canada | Attn: General Counsel | Royal Bank Plaza, 200 Bay Street | South Tower | | Toronto | ON | M5J 2J5 | Canada | Credit Agreement | 5/24/2012 | Undetermined |
| Scotiabanc Inc | Attn: General Counsel | 250 Vesey Street | 23rd & 24th Floors | | New York | NY | 10281 | | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| Scotiabanc Inc | Attn: General Counsel | 250 Vesey Street | 23rd & 24th Floors | | New York | NY | 10281 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Scotiabanc Inc | Attn: General Counsel | 250 Vesey Street | 23rd & 24th Floors | | New York | NY | 10281 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Scotiabanc Inc | Attn: General Counsel | 250 Vesey Street | 23rd & 24th Floors | | New York | NY | 10281 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Scotiabanc Inc | Attn: General Counsel | 250 Vesey Street | 23rd & 24th Floors | | New York | NY | 10281 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Scotiabanc Inc. | Attn: General Counsel | 250 Vesey Street | 23rd & 24th Floors | | New York | NY | 10281 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Societe Generale | Attn: General Counsel | 245 Park Avenue | | | New York | NY | 10167 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Societe Generale | Attn: General Counsel | 245 Park Avenue | | | New York | NY | 10167 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Societe Generale | Attn: General Counsel | 245 Park Avenue | | | New York | NY | 10167 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Societe Generale | Attn: General Counsel | 245 Park Avenue | | | New York | NY | 10167 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Societe Generale | Attn: General Counsel | 245 Park Avenue | | | New York | NY | 10167 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Societe Generale | Attn: General Counsel | 245 Park Avenue | | | New York | NY | 10167 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| Societe Generale | Attn: General Counsel | 245 Park Avenue | | | New York | NY | 10167 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Solium Capital LLC | Attn: VP & General Manager US Operations | 60 East Salado Pkwy | Suite 510 | | Tempe | AZ | 85281 | | Amendment to Services Access Agreement | 6/5/2019 | Undetermined |
| Solium Capital LLC | Attn: VP & General Manager US Operations | 60 East Salado Pkwy | Suite 510 | | Tempe | AZ | 85281 | | Services Access Agreement | | Undetermined |

In re EP Energy LLC
Case No. 19-35652
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term (Years) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Steptoe & Johnson PLLC | Attn: General Counsel | Dominion Towers | 600 17th Street | Suite 2300 South | Denver | CO | 80202 | | Letter Re: Legal Representation | 6/11/2018 | Undetermined |
| Sumitomo Mitsui Banking Corporation | Attn: General Counsel | 277 Park Avenue | | | New York | NY | 10172 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Sumitomo Mitsui Banking Corporation | Attn: General Counsel | 277 Park Avenue | | | New York | NY | 10172 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Sumitomo Mitsui Banking Corporation | Attn: General Counsel | 277 Park Avenue | | | New York | NY | 10172 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Sumitomo Mitsui Banking Corporation | Attn: General Counsel | 277 Park Avenue | | | New York | NY | 10172 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Sumitomo Mitsui Banking Corporation | Attn: General Counsel | 277 Park Avenue | | | New York | NY | 10172 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Sumitomo Mitsui Banking Corporation | Attn: General Counsel | 277 Park Avenue | | | New York | NY | 10172 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Sumitomo Mitsui Banking Corporatopm | Attn: General Counsel | 277 Park Avenue | | | New York | NY | 10172 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| SunTrust | Attn: General Counsel | 1165 Fairburn Road | | | Atlanta | GA | 30331 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| SunTrust Bank | Attn: General Counsel | 1165 Fairburn Road | | | Atlanta | GA | 30331 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| SunTrust Bank | Attn: General Counsel | 1165 Fairburn Road | | | Atlanta | GA | 30331 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| SunTrust Bank | Attn: General Counsel | 1165 Fairburn Road | | | Atlanta | GA | 30331 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| SunTrust Bank | Attn: General Counsel | 1165 Fairburn Road | | | Atlanta | GA | 30331 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| SunTrust Bank | Attn: General Counsel | 1165 Fairburn Road | | | Atlanta | GA | 30331 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| TD Securities (USA) LLC | Attn: General Counsel | 31 West 52nd Street | | | New York | NY | 10019-6101 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| The Bank of Nova Scotia | Attn: General Counsel | Scotiabank Scotia Plaza | 44 King Street West | | Toronto | ON | M5H 1H1 | Canada | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| The Bank of Nova Scotia | Attn: General Counsel | Scotiabank Scotia Plaza | 44 King Street West | | Toronto | ON | M5H 1H1 | Canada | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| The Bank of Nova Scotia | Attn: General Counsel | Scotiabank Scotia Plaza | 44 King Street West | | Toronto | ON | M5H 1H1 | Canada | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| The Bank of Nova Scotia | Attn: General Counsel | Scotiabank Scotia Plaza | 44 King Street West | | Toronto | ON | M5H 1H1 | Canada | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| The Bank of Nova Scotia | Attn: General Counsel | Scotiabank Scotia Plaza | 44 King Street West | | Toronto | ON | M5H 1H1 | Canada | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| The Bank of Nova Scotia | Attn: General Counsel | Scotiabank Scotia Plaza | 44 King Street West | | Toronto | ON | M5H 1H1 | Canada | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| The Bank of Nova Scotia | Attn: General Counsel | Scotiabank Scotia Plaza | 44 King Street West | | Toronto | ON | M5H 1H1 | Canada | Restated Credit Agreement | 5/24/2018 | Undetermined |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Attn: General Counsel | 1251 Avenue of the Americas | | | New York | NY | 10020 | | Amendment No. 1 to Credit Agreement | 8/17/2012 | Undetermined |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Attn: General Counsel | 1251 Avenue of the Americas | | | New York | NY | 10020 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Attn: General Counsel | 1251 Avenue of the Americas | | | New York | NY | 10020 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Attn: General Counsel | 1251 Avenue of the Americas | | | New York | NY | 10020 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Attn: General Counsel | 1251 Avenue of the Americas | | | New York | NY | 10020 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| The Goldman Sachs Group, Inc. | Attn: General Counsel | 200 West Street | | | New York | NY | 10282 | | Guaranty | 6/21/2012 | In effect until terminated |
| The Royal Bank of Scotland PLC | Attn: General Counsel | 101 Park Avenue | 10th Floor | | New York | NY | 10178 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| The Royal Bank of Scotland PLC | Attn: General Counsel | 101 Park Avenue | 10th Floor | | New York | NY | 10178 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| The Royal Bank of Scotland PLC | Attn: General Counsel | 101 Park Avenue | 10th Floor | | New York | NY | 10178 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| The Royal Bank of Scotland PLC | Attn: General Counsel | 101 Park Avenue | 10th Floor | | New York | NY | 10178 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Toronto Dominion (New York ) LLC | Attn: General Counsel | 31 West 52nd | | | New York | NY | 10019 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Toronto Dominion (New York ) LLC | Attn: General Counsel | 31 West 52nd | | | New York | NY | 10019 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Toronto Dominion (New York) LLC | Attn: General Counsel | 31 West 52nd | | | New York | NY | 10019 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Toronto Dominion (New York) LLC | Attn: General Counsel | 31 West 52nd | | | New York | NY | 10019 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Toronto Dominion (New York) LLC | Attn: General Counsel | 31 West 52nd | | | New York | NY | 10019 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| Toronto Dominion (New York) LLC | Attn: General Counsel | 31 West 52nd | | | New York | NY | 10019 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |

In re EP Energy LLC
Case No. 19-35652
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term (Years) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Travelers Casualty and Surety Company of America | Attn: Anna Nowik, Collateral Processing | One Tower Square | H.O. Bond, 7SHS2 | | Hartford | CT | 06183 | | Letter of Credit | 5/28/2019 | Undetermined |
| UBS AG Stamford Branch | Attn: General Counsel | 677 Washington Blvd | | | Stamford | CT | 06901 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| UBS AG Stamford Branch | Attn: General Counsel | 677 Washington Blvd | | | Stamford | CT | 06901 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| UBS AG Stamford Branch | Attn: General Counsel | 677 Washington Blvd | | | Stamford | CT | 06901 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| UBS AG, Stamford Branch | Attn: General Counsel | 677 Washington Blvd | | | Stamford | CT | 06901 | | Amendment No. 5 to Credit Agreement | 5/2/2016 | Undetermined |
| UBS AG, Stamford Branch | Attn: General Counsel | 677 Washington Blvd | | | Stamford | CT | 06901 | | Amendment No. 7 Credit Agreement | 4/24/2017 | Undetermined |
| UBS Loan Finance LLC | Attn: General Counsel | 677 Washington Blvd | | | Stamford | CT | 06901 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| UBS Loan Finance LLC | Attn: General Counsel | 677 Washington Blvd | | | Stamford | CT | 06901 | | Credit Agreement | 5/24/2012 | Undetermined |
| UBS Securities LLC | Attn: General Counsel | 1285 Avenue of the Americas | | | New York | NY | 10019 | | Credit Agreement | 5/24/2012 | Undetermined |
| UBS Securities LLC | Attn: General Counsel | 1285 Avenue of the Americas | | | New York | NY | 10019 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| Union Bank | Attn: General Counsel | 1251 Avenue of the Americas | | | New York | NY | 10020 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Union Bank NA | Attn: General Counsel | 1251 Avenue of the Americas | | | New York | NY | 10020 | | Restated Credit Agreement | 5/24/2018 | Undetermined |
| VSP | Attn: General Counsel | 5700 Granite Parkway | Suite 350 | | Plano | TX | 75024 | | Renewal Agreement | 7/2/2018 | Undetermined |
| VSP | Attn: General Counsel | 5700 Granite Parkway | Suite 350 | | Plano | TX | 75024 | | Renewal Agreement | 7/2/2018 | Undetermined |
| Wells Fargo Bank NA | Attn: General Counsel | 101 North Phillips Avenue | | | Sioux Falls | SD | 57104 | | Amendment No. 2 to Credit Agreement | 5/27/2013 | Undetermined |
| Wells Fargo Bank NA | Attn: General Counsel | 101 North Phillips Avenue | | | Sioux Falls | SD | 57104 | | Amendment No.3 to Credit Agreement | 10/27/2014 | Undetermined |
| Wells Fargo Bank NA | Attn: General Counsel | 101 North Phillips Avenue | | | Sioux Falls | SD | 57104 | | Amendment No. 4 to Credit Agreement and Borrowing Base Agreement | 4/6/2015 | Undetermined |
| Wells Fargo Bank NA | Attn: General Counsel | 101 North Phillips Avenue | | | Sioux Falls | SD | 57104 | | Amendment No. 6 to Credit Agreement | 11/9/2016 | Undetermined |
| Wells Fargo Bank NA | Attn: General Counsel | 101 North Phillips Avenue | | | Sioux Falls | SD | 57104 | | Amendment No. 7 to Credit Agreement | 4/24/2017 | Undetermined |
| Wilmington Trust NA | Attn: Everest/EP Energy Administrator | Global Capital Markets | 15950 North Dallas Parkway | Suite 550 | Dallas | TX | 75248 | | Senior Lien Intercreditor Agreement | 5/24/2012 | In effect until terminated |
| Wilmington Trust, NA | Attn: Everest/EP Energy Administrator | Global Capital Markets | 15950 North Dallas Parkway | Suite 550 | Dallas | TX | 75248 | | 8.00% Senior Secured Notes Due 2024 | 11/29/2016 | Undetermined |
| Wilmington Trust, NA | Attn: Everest/EP Energy Administrator | Global Capital Markets | 15950 North Dallas Parkway | Suite 550 | Dallas | TX | 75248 | | 9.375% Senior Secured Notes Due 2024 | 1/3/2018 | Undetermined |
| Wilmington Trust, NA | Attn: Everest/EP Energy Administrator | Global Capital Markets | 15950 North Dallas Parkway | Suite 550 | Dallas | TX | 75248 | | 8.00% Senior Secured Notes Due 2025 | 2/6/2017 | Undetermined |
| Wilmington Trust, NA | Attn: Everest/EP Energy Administrator | Global Capital Markets | 15950 North Dallas Parkway | Suite 550 | Dallas | TX | 75248 | | 7.750% Senior Secured Notes Due 2026 | 5/23/2018 | Undetermined |
| Wilmington Trust, NA | c/o Corporate Client Services | c/o Corporate Client Services | 50 South Sixth Street | Suite 1290 | Minneapolis | MN | 55402 | | 9.375% Senior Notes Due 2020 | 4/24/2012 | Undetermined |
| Wilmington Trust, NA | c/o Corporate Client Services | c/o Corporate Client Services | 50 South Sixth Street | Suite 1290 | Minneapolis | MN | 55402 | | 7.750% Senior Notes Due 2022 | 8/13/2012 | Undetermined |
| Wilmington Trust, NA | c/o Corporate Client Services | c/o Corporate Client Services | 15950 North Dallas Parkway | Suite 550 | Dallas | TX | 75248 | | 6.375% Senior Notes Due 2023 | 5/28/2015 | Undetermined |

**Fill in this information to identify the case:**

Debtor name **EP Energy LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **19-35652**

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **See Attached Schedule H** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

In re EP Energy LLC
Case No. 19-35652
Schedule H:  Codebtors

| Name of Codebtor | Name of Creditor | Applicable Schedules (D, E/F, G) |
|---|---|---|
| EP Energy E&P Company, L.P. | BOKF, NA, as indenture trustee and notes collateral agent | D |
| EP Energy E&P Company, L.P. | JPMorgan Chase Bank, N.A., as administrative agent and collateral agent and issuing bank for RBL Credit Facility | D |
| EP Energy E&P Company, L.P. | UMB Bank, National Association, as indenture trustee and notes collateral agent | D |
| EP Energy E&P Company, L.P. | Wilmington Services Fund Society, FSB 2022 | EF2 |
| EP Energy E&P Company, L.P. | Wilmington Services Fund Society, FSB 2023 | EF2 |
| EP Energy E&P Company, L.P. | Wilmington Trust, National Association, as indenture trustee | EF2 |
| EP Energy E&P Company, L.P. | Wilmington Trust, National Association, as indenture trustee and notes collateral agent 1/18 | D |
| EP Energy E&P Company, L.P. | Wilmington Trust, National Association, as indenture trustee and notes collateral agent 2/17 | D |
| EP Energy Global LLC | BOKF, NA, as indenture trustee and notes collateral agent | D |
| EP Energy Global LLC | JPMorgan Chase Bank, N.A., as administrative agent and collateral agent and issuing bank for RBL Credit Facility | D |
| EP Energy Global LLC | UMB Bank, National Association, as indenture trustee and notes collateral agent | D |
| EP Energy Global LLC | Wilmington Services Fund Society, FSB 2022 | EF2 |
| EP Energy Global LLC | Wilmington Services Fund Society, FSB 2023 | EF2 |
| EP Energy Global LLC | Wilmington Trust, National Association, as indenture trustee | EF2 |
| EP Energy Global LLC | Wilmington Trust, National Association, as indenture trustee and notes collateral agent 1/18 | D |
| EP Energy Global LLC | Wilmington Trust, National Association, as indenture trustee and notes collateral agent 2/17 | D |
| EP Energy Management, L.L.C. | BOKF, NA, as indenture trustee and notes collateral agent | D |
| EP Energy Management, L.L.C. | JPMorgan Chase Bank, N.A., as administrative agent and collateral agent and issuing bank for RBL Credit Facility | D |
| EP Energy Management, L.L.C. | UMB Bank, National Association, as indenture trustee and notes collateral agent | D |
| EP Energy Management, L.L.C. | Wilmington Services Fund Society, FSB 2022 | EF2 |
| EP Energy Management, L.L.C. | Wilmington Services Fund Society, FSB 2023 | EF2 |
| EP Energy Management, L.L.C. | Wilmington Trust, National Association, as indenture trustee | EF2 |
| EP Energy Management, L.L.C. | Wilmington Trust, National Association, as indenture trustee and notes collateral agent 1/18 | D |
| EP Energy Management, L.L.C. | Wilmington Trust, National Association, as indenture trustee and notes collateral agent 2/17 | D |
| EP Energy Resale Company, L.L.C. | BOKF, NA, as indenture trustee and notes collateral agent | D |
| EP Energy Resale Company, L.L.C. | JPMorgan Chase Bank, N.A., as administrative agent and collateral agent and issuing bank for RBL Credit Facility | D |
| EP Energy Resale Company, L.L.C. | UMB Bank, National Association, as indenture trustee and notes collateral agent | D |
| EP Energy Resale Company, L.L.C. | Wilmington Services Fund Society, FSB 2022 | EF2 |
| EP Energy Resale Company, L.L.C. | Wilmington Services Fund Society, FSB 2023 | EF2 |
| EP Energy Resale Company, L.L.C. | Wilmington Trust, National Association, as indenture trustee | EF2 |
| EP Energy Resale Company, L.L.C. | Wilmington Trust, National Association, as indenture trustee and notes collateral agent 1/18 | D |
| EP Energy Resale Company, L.L.C. | Wilmington Trust, National Association, as indenture trustee and notes collateral agent 2/17 | D |
| EPE Acquisition, LLC | JPMorgan Chase Bank, N.A., as administrative agent and collateral agent and issuing bank for RBL Credit Facility | D |
| Everest Acquisition Finance Inc. | BOKF, NA, as indenture trustee and notes collateral agent | D |
| Everest Acquisition Finance Inc. | JPMorgan Chase Bank, N.A., as administrative agent and collateral agent and issuing bank for RBL Credit Facility | D |
| Everest Acquisition Finance Inc. | UMB Bank, National Association, as indenture trustee and notes collateral agent | D |
| Everest Acquisition Finance Inc. | Wilmington Services Fund Society, FSB 2022 | EF2 |
| Everest Acquisition Finance Inc. | Wilmington Services Fund Society, FSB 2023 | EF2 |
| Everest Acquisition Finance Inc. | Wilmington Trust, National Association, as indenture trustee | EF2 |
| Everest Acquisition Finance Inc. | Wilmington Trust, National Association, as indenture trustee and notes collateral agent 1/18 | D |

In re EP Energy LLC
Case No. 19-35652
Schedule H: Codebtors

| Name of Codebtor | Name of Creditor | Applicable Schedules (D, E/F, G) |
|---|---|---|
| Everest Acquisition Finance Inc. | Wilmington Trust, National Association, as indenture trustee and notes collateral agent 2/17 | D |

**Fill in this information to identify the case:**

Debtor name **EP Energy LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **19-35652**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 18, 2019**          X  **/s/ Kyle McCuen**
                                          Signature of individual signing on behalf of debtor

                                          **Kyle McCuen**
                                          Printed name

                                          **Senior Vice President and Chief Financial Officer**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**