IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| EP ENERGY CORPORATION, *et al.*, | § § | Case No. 19-35654 (MI) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON JANUARY 10, 2020 AT 9:00 A.M. (CENTRAL TIME)**

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on January 10, 2020 at 9:00 a.m. (CST) before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 515 Rusk Avenue, Houston, Texas 77002.

**I.   Contested Matter**

1. **Motion for Relief from Automatic Stay (ECF No. 532)**

    Status:   This matter is going forward on a contested basis.

    Responses Filed:

    A.   Objection of Debtors to TransWood Carriers, Inc.'s Motion for Relief From Automatic Stay (ECF No. 620)

    B.   Claimant TransWood Carriers, Inc.'s Response to Objection of Debtors and Reply in Support of Motion for Relief From Automatic Stay (ECF No. 634)

    Related Document:

    C.   Debtors' Witness and Exhibit List for Hearing on January 10, 2020 (ECF No. 645)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  EP Energy Corporation (2728), EPE Acquisition, LLC (5855), EP Energy LLC (1021), Everest Acquisition Finance Inc. (0996), EP Energy Global LLC (7534), EP Energy Management, L.L.C. (5013), EP Energy Resale Company, L.L.C. (9561), and EP Energy E&P Company, L.P. (7092). The Debtors' primary mailing address is 1001 Louisiana Street, Houston, TX 77002.

Dated: January 9, 2020
      Houston, Texas

    /s/ *Alfredo R. Pérez*
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Ronit Berkovich (admitted *pro hac vice*)
Scott R. Bowling (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: Matt.Barr@weil.com
       Ronit.Berkovich@weil.com
       Scott.Bowling@weil.com
       DavidJ.Cohen@weil.com

*Attorneys for Debtors and Debtors in Possession*

## Certificate of Service

I hereby certify that, on January 9, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                              */s/ Alfredo R. Pérez*
                                                            Alfredo R. Pérez