IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| EP ENERGY CORPORATION, *et al.*, | § § | Case No. 19-35654 (MI) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

**NOTICE OF AGENDA OF MATTERS SET FOR
HEARING ON FEBRUARY 12, 2020 AT 9:30 A.M. (CST)**

The above-referenced debtors and debtors in possession (collectively, the "**Debtors**") hereby file their Agenda of Matters Set for Hearing on February 12, 2020 at 9:30 (CST) before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 515 Rusk Avenue, Houston, Texas 77002.

**I.     Contested Matter**

1.  **Objection To Bankruptcy and Petition For Shareholders Committee (ECF No. 160)**

    Status:     This matter is going forward on a contested basis.

    Responses Filed:

    A.   Debtors' Objection to (A) Motion for Suspension of Bankruptcy Action for Rejection of [R]ush Declaration and for Appointment of Mr. Cox as Shareholder Representative (ECF No. 488) and (B) Objection to Bankruptcy and Petition for Shareholders Committee (ECF No. 160) (ECF No. 543)

    B.   Cox Reply To Debtor's Objection To (A) Motion For Suspension Of Bankruptcy Action, For Rejection Of Rush Declaration And For Appointment Of Mr. Cox As Shareholder Representative (ECF 488) And

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: EP Energy Corporation (2728), EPE Acquisition, LLC (5855), EP Energy LLC (1021), Everest Acquisition Finance Inc. (0996), EP Energy Global LLC (7534), EP Energy Management, L.L.C. (5013), EP Energy Resale Company, L.L.C. (9561), and EP Energy E&P Company, L.P. (7092). The Debtors' primary mailing address is 1001 Louisiana Street, Houston, TX 77002.

      (B) Objection To Bankruptcy And Petition For Shareholder Committee (ECF No. 160) (ECF No. 592)

C.    Debtors' Supplemental Objection in Opposition to Mr. Cox's Request for Appointment of Equity Committee (ECF No. 788)

Related Documents:

D.    Motion for Suspension Of Bankruptcy Action For Rejection Of Bush Declaration And For Appointment Of Mr. Cox As Shareholder Representative (ECF No. 488)

E.    Debtors' Third Omnibus Objection to Certain Proofs of Claim (Equity Interests) (ECF No. 655)

F.    Reply to Debtor's Third Omnibus Objection to "Proof" By Duane Morley Cox And Rule 12(c) Motion for Summary Judgment On The Pleadings (ECF No. 741)

G.    Document List For Hearing Scheduled 12 February 2020 (ECF No. 767)

H.    Witness List For Hearing Scheduled 12 February 2020 (ECF No. 769)

I.    Debtors' Witness and Exhibit List for Hearing on February 12, 2020 at 9:30 a.m. (CST) (ECF No. 781)

Dated: February 10, 2020
       Houston, Texas

     /s/ Alfredo R. Pérez
WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez (15776275)
Clifford Carlson (24090024)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email: Alfredo.Perez@weil.com
       Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (admitted *pro hac vice*)
Ronit Berkovich (admitted *pro hac vice*)
Scott R. Bowling (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: Matt.Barr@weil.com
       Ronit.Berkovich@weil.com
       Scott.Bowling@weil.com
       DavidJ.Cohen@weil.com

*Attorneys for Debtors and
Debtors in Possession*

## Certificate of Service

      I hereby certify that, on February 10, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

                                                    */s/ Alfredo R. Pérez*
                                                   Alfredo R. Pérez