ENTERED
03/04/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EP ENERGY CORPORATION, *et al.*, | § | Case No. 19-35654 (MI) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | Related ECF Nos. 758, 889 |

BRIDGE ORDER EXTENDING
TIME PERIOD FOR COURT TO ENTER
ORDER ON MOTION OF DEBTORS PURSUANT TO
11 U.S.C. § 1121(d) TO EXTEND EXCLUSIVE PERIODS

WHEREAS, on January 31, 2020, the Debtors filed the *Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Periods* (ECF No. 758) (the "**Motion**"), and scheduled a hearing for March 4, 2020 at 9:00 a.m. (CT).

WHEREAS, on February 21, 2020, Storey Minerals, Ltd., Storey Surface, Ltd., Maltsberger, LLC, Maltsberger/Storey Ranch, LLC, Maltsberger/Storey Ranch Lands, LLC, the Estate of Sarah Lee Maltsberger, and Rene R. Barrientos, Ltd. (collectively, the "**MSB Owners**") filed *MSB Owners' Conditional Objection to Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend Exclusive Period* (ECF No. 889).

WHEREAS, on February 28, 2020, the Debtors and MSB Owners agreed to adjourn the hearing on the Motion to a date to be determined.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: EP Energy Corporation (2728), EPE Acquisition, LLC (5855), EP Energy LLC (1021), Everest Acquisition Finance Inc. (0996), EP Energy Global LLC (7534), EP Energy Management, L.L.C. (5013), EP Energy Resale Company, L.L.C. (9561), and EP Energy E&P Company, L.P. (7092). The Debtors' primary mailing address is 1001 Louisiana Street, Houston, TX 77002.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. In accordance with Rule 14 of the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the Debtors' exclusivity periods pursuant to section 1121 of the Bankruptcy Code are hereby extended until the Court rules on the Motion.

2. A hearing on the Motion is scheduled for April 1, 2020, at 9:00 a.m. Central Standard Time.

Signed: March 04, 2020

_____
Marvin Isgur
United States Bankruptcy Judge