

ENTERED
03/23/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| EP ENERGY CORPORATION, *et al* | § | CASE NO: 19-35654 |
| | § | |
| EP ENERGY E&P COMPANY, L.P.; dba EL PASO E&P COMPANY LP; dba CRYSTAL E&P COMPANY LP; dba EPE NOMINEE CORP | § | CASE NO: 19-35647 |
| | § | |
| EP ENERGY RESALE COMPANY, L.L.C.; dba EL PASO PRODUCTION RESALE COMPANY LLC; dba EL PASO PRODUCTION RESALE COMPANY; dba EP ENERGY GATHERING COMPANY LLC | § | CASE NO: 19-35648 |
| | § | |
| EP ENERGY MANAGEMENT, L.L.C.; dba EL PASO EXPLORATION & PRODUCTION MANAGEMENT INC | § | CASE NO: 19-35649 |
| | § | |
| EP ENERGY GLOBAL LLC; dba EP ENERGY LLC; dba EP ENERGY CORPORATION; dba EL PASO EXPLORATION & PRODUCTION COMPANY; dba EL PASO PRODUCTION HOLDING COMPANY; dba EP ENERGY BRAZIL LLC; dba MBOW FOUR STAR LLC; dba EP ENERGY PREFERRED HOLDINGS COMPANY LLC; dba EL PASO EPE MERGER COMPANY | § | CASE NO: 19-35650 |
| | § | |
| EVEREST ACQUISITION FINANCE INC. | § | CASE NO: 19-35651 |
| | § | |
| EP ENERGY LLC; dba EVEREST ACQUISITION LLC | § | CASE NO: 19-35652 |
| | § | |
| EPE ACQUISITION, LLC; dba EPE TEMPCO LLC; dba EPE HOLDINGS LLC; dba EPE INTERMEDIATE LLC | § | CASE NO: 19-35653 |
| | § | **Jointly Administered Order** |
| Debtor(s) | § | |
| | § | **CHAPTER 11** |

## ORDER VACATING ORDER CONFIRMING PLAN

For the reasons set forth on the record on this date, and by agreement of all parties participating in the March 23, 2020 hearing, the Court grants the Debtors' oral motion to vacate the order confirming plan entered at ECF No. 1049 as follows:

1. ECF No. 1049 is vacated.

2. The plan confirmed by ECF No. 1049 never became effective.

3. Notwithstanding this Order, the Court confirms that MSB retains any real property interests and equitable remedies under the MSB Contracts that do not constitute Claims under the Bankruptcy Code; provided that this Court retains exclusive jurisdiction to determine whether any dispute with respect to the foregoing comprises a Claim, which threshold determination may be heard upon motion of MSB or the Debtors.

SIGNED **March 23, 2020.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE